# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2017-0088, <u>State of New Hampshire v. Frederick Bassett</u>, the court on March 8, 2018, issued the following order:**

Having considered the brief, memorandum of law, and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  We affirm.

The defendant, Frederick Bassett, appeals his convictions, following a jury trial, on four counts of aggravated felonious sexual assault.  <u>See</u> RSA 632-A:2 (Supp. 2017).  He argues that the Superior Court (<u>McNamara</u>, J.) may have erred in failing to disclose certain documents that it reviewed <u>in</u> <u>camera</u>.

The record shows that the trial court ordered the victim's counseling records to be submitted for <u>in</u> <u>camera</u> inspection.  After conducting its <u>in</u> <u>camera</u> review, the court ordered disclosure of certain records that it deemed were essential and reasonably necessary to the defense.  <u>See</u> <u>State v. Guay</u>, 162 N.H. 375, 385 (2011) (defendant entitled to information "essential and reasonably necessary to the defense at trial").  The defendant argues that the trial court may have erred by not disclosing additional records that were essential and reasonably necessary to the theories of defense articulated in his brief.

We review a trial court's ruling on whether to disclose confidential records after an <u>in</u> <u>camera</u> review for an unsustainable exercise of discretion.  <u>State v. Aldrich</u>, 169 N.H. 345, 354 (2016).  Based upon our review of the records, we are satisfied that the portions withheld contained no information that was essential and reasonably necessary to the defense.  <u>See id</u>.  Thus, we conclude that the trial court sustainably exercised its discretion in declining to disclose additional records.

<u>Affirmed</u>.

Hicks, Lynn, Bassett, and Hantz Marconi, JJ., concurred.

**Eileen Fox,
Clerk**